

Wiley Rein & Fielding LLP



1776 K STREET NW
WASHINGTON, DC 20006
PHONE   202.719.7000
FAX       202.719.7049

Virginia Office
7925 JONES BRANCH DRIVE
SUITE 6200
McLEAN, VA 22102
PHONE   703.905.2800
FAX       703.905.2820

www.wrf.com

October 6, 2003

M. Evan Corcoran
202.719.7131
ecorcoran@wrf.com

**BY HAND DELIVERY**

Ms. Tawana Davis, Clerk
United States District Court for the District of Columbia
United States Courthouse, Clerk's Office
333 Constitution Avenue, NW
Washington, DC 20001

Re:   *Rong et al. v. Liaoning Province Government*, Civil Action No. 03-1687 (RBW)

Dear Ms. Davis:

I understand that Eric Lyttle of this law firm has discussed with you our need to request assistance from the United States Department of State in order to serve a summons and complaint on the defendant in the above-captioned case. I write to request your assistance in obtaining the necessary documents in connection with that effort.

Plaintiffs' efforts to serve the defendants directly have been unsuccessful. We attempted service via delivery by courier to the Bureau of International Judicial Assistance ("Bureau") of the Ministry of Justice of the People's Republic of China ("PRC"), in accordance with the provisions of the Foreign Sovereign Immunities Act of 1976, 28 U.S.C. § 1330 *et seq.* ("FSIA"). Specifically, on August 20, 2003 and pursuant to 28 U.S.C. 1608(a)(1) and (2) of the FSIA, we attempted service under the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil and Commercial Matters. On September 2, 2003, the Bureau acknowledged receipt of the summons and complaint and related documents. Nevertheless, the Bureau has still not notified us that they have served the defendant with the summons and complaint. The mail service option under 28 U.S.C. 1608(a)(3) is unavailable, because in joining the Hague Convention the PRC specifically declined to accept service by mail.

Thus, we now need your assistance in preparing and docketing the necessary documents so that we may request that the State Department effect service through diplomatic channels, pursuant to 28 U.S.C. § 1608(a)(4) of the FSIA. Enclosed you will find the following documents:

Wiley Rein & Fielding LLP

Ms. Tawana Davis
October 6, 2003
Page 2

Set 1

Summons (English version – *please issue this summons*);

Complaint (English version);

Notice of Suit (English version); and

Translations of all of the above into Mandarin Chinese.

Set 2

One copy of all of the above (*to be provided along with the originals to the State Department*).

Set 3

One copy of all of the above (*for your files, should you desire a copy*).

Please sign and seal the summons, and enter this request for State Department service on the docket. Then kindly telephone Eric Lyttle at (202) 719-4617 when the package is ready, so that he can arrange for a courier to pick up the documents from you, make a copy for our files, then deliver the package to the State Department.

Thank you again for your prompt assistance.

Sincerely,

*[signature] /ECL*

M. Evan Corcoran

Enclosures