

United States Department of State

*Washington, D.C.   20520*

December 2, 2003

**re:  Rong et al. v. Liaoning Province
Government, No. 03-CV-1687 (RBW)**

Dear Ms. Mayer-Whittington:

I am writing regarding the Court's request for transmittal of a summons, complaint and notice of suit to the Government of the Liaoning Province in the People's Republic of China pursuant to 28 U.S.C. Section 1608(a)(4) as a defendant in the referenced case.

The American Embassy in Beijing, China transmitted the summons, complaint and notice of suit to the Ministry of Foreign Affairs of the People's Republic of China under cover of a diplomatic note No. 896 dated November 19, 2003. A certified copy of the Embassy's diplomatic note, and a copy of the documents transmitted to the Ministry of Foreign Affairs are enclosed herewith in accordance with the procedures established for the implementation of the Foreign Sovereign Immunities Act.

Should you have any questions regarding this matter, please do not hesitate to contact Mr. Michael Meszaros of my staff at (202) 736-9112.

Sincerely,

Edward A. Betancourt
Director
Office of Policy Review and Interagency Liaison

cc:   Mr. Evan Corcoran
      Wiley Rein and Fielding, LLP

Ms. Nancy Mayer-Whittington,  Clerk
            U.S. District Court for the
            District of Columbia
                  333 Constitution Ave, NW
                        Washington, DC 20001