AO 458 (Rev. 6/98 DC) - APPEARANCE

# United States District Court
## for the District of Columbia

YANG RONG, A/K/A YEUNG YUNG, et al.

           Plaintiffs,

vs.

LIAONING PROVINCE GOVERNMENT, a
subdivision of the People's Republic
of China, #45 Beiling Ave., Shenyang,
110032, P.R. China, a foreign state,

           Defendant.

APPEARANCE

CASE NUMBER:   03-CV-1687 (RBW)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for :

Liaoning Province Government *
#45 Beiling Ave.
Shenyang, 110032
P.R. China

---

December 22, 2003
Date

#460362
BAR IDENTIFICATION NO.

*This entry of appearance is made as
a special appearance without prejudice
to, and without waiver of, jurisdict-
ional or other defenses that the Liaoning
Province Government may have, including
but not limited to the defense of foreign
sovereign immunity.

Signature

Adam K. Levin
Print Name

Hogan & Hartson LLP, 555 Thirteenth St., NW
Address

Washington, DC  20008
City     State     Zip Code

202-637-5600
Phone Number